IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

# DOROTHY G. MACKIE, Widow of JAMES V. MACKIE v. YOUNG SALES CORPORATION

**Circuit Court for Davidson County**
**No. 96C-2724**

**No. M1998-00590-SC-WCM-CV - Filed April 6, 2001**

## ORDER

Young Sales Corporation, through counsel, has filed a petition to rehear this Court's opinion released on March 1, 2001. We have reviewed the arguments raised in the petition and conclude that they are without merit. Accordingly, it is ORDERED that the petition to rehear is denied.

PER CURIAM

Birch, J., not participating